**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| PATRICK J. CAVANAUGH, | ) | NO. CV 16-6230-FMO(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DAVID FENNELL; SAN LUIS OBISPO COUNTY, | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: September 29, 2016.

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE